IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:10CR102-03 |
| | ) | (Financial Litigation |
| STEVEN N. WRAY, | ) | Unit) |
| | ) | |
| and | ) | |
| | ) | |
| PRODUCT AID INTERNATIONAL, | ) | |
| Garnishee. | ) | |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of Product Aid International as Garnishee. On September 20, 2011 the Honorable Max O. Cogburn, Jr. sentenced Defendant to five years probation and eight months house arrest on his conviction for Conspiracy to Defraud the United States (Wire Fraud) in violation of 18 U.S.C. § 371. Judgment in the criminal case was filed on October 4, 2011 (Docket No. 69). As part of that Judgment, Defendant was ordered to pay an assessment of one hundred dollars and restitution of $1,955,819.34 to the victims of the crime. *Id*.

On December 8, 2011 the Court entered a Writ of Continuing Garnishment ("Writ") (Docket No. 88) to Garnishee, Product Aid International ("Garnishee"). The United States is entitled to a wage garnishment of up to twenty-five per cent of net income, and one hundred per cent of all 1099 payments, and has satisfied the prerequisites set forth in 15 U.S.C. § 1673. Defendant was served with the Writ on December 10, 2011. Garnishee was served with the Writ on December 21, 2011. Garnishee filed an Answer on January

19, 2012 (Docket No. 96) indicating that at the time of the service of the Writ, Defendant was in the employ of Garnishee, and Garnishee had in their custody, control or possession property or funds owned by Defendant, including non-exempt disposable earnings.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $1,955,769.34 computed through December 5, 2011. Garnishee will pay the United States twenty-five per cent of Defendant's 1099 payments, and Garnishee will continue said payments until the debt to the Plaintiff is paid in full, or until Garnishee no longer has custody, possession or control of any property belonging to Defendant, or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, NC 28202. In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:10CR102-03.

Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED.**

Signed: February 13, 2012

_David S. Cayer_
David S. Cayer
United States Magistrate Judge